| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Law Office of S. Daniel Hutchison<br>135 N. Broad Street<br>Woodbury, NJ 08096<br>856-251-1235  Fax: 856-251-1025<br>teamlaw@hutchisonlaw.net<br><br>S. Daniel Hutchison SH-6931 | |
| In Re:<br>**Michael Reckeweg**<br><br>Debtor(s) | Case No.: **14-21259**<br><br>Judge: **Gloria M. Burns**<br><br>Chapter: **13** |

Recommended Local Form:  ☑ Followed    ☐ Modified

# PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)(8) AND (a)(9)

I, __Michael Reckeweg__, upon my oath according to law, hereby certify as follows:

1. The below information is being supplied for compliance with the Confirmation Hearing date on __November 19, 2014__.

2. The above named Debtor(s) has/have paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. The above named Debtor(s) has/have filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

4. If the Confirmation hearing date stated in Paragraph 1 is adjourned for any reason, an updated Certification will be filed with the Court prior to any subsequent Confirmation hearing date in the event any of the information contained in this Certification changes.

I hereby certify under penalty of perjury that the foregoing is true and correct..

DATED  **November 18, 2014**          /s/ **Michael Reckeweg**
                                                              **Michael Reckeweg**

| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

In Re:
Michael Reckeweg

Case No. 14-21259

Chapter: 13

Judge: JNP

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Michael Reckeweg_____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: August 5, 2019                    /s/ Michael Reckeweg
                                        Michael Reckeweg
                                        Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**