**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

The Law Offices of S. Daniel Hutchison
135 N. Broad Street
Woodbury, NJ 08096
Phone: 856-251-1235

S. Daniel Hutchison, Esq.
Attorney for Debtor(s)

In Re:

 Michael Reckeweg

**Order Filed on August 27, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No:  _____14-21259_____

Chapter:  _____13_____

Hearing Date:  _____

Judge:  _____JNP_____

**ORDER ON MOTION TO CANCEL AND DISCHARGE:**

☐ **MORTGAGE**      ☒ **LIEN**      ☐ **OTHER (specify)** _____

    The relief set forth on the following page is hereby **ORDERED.**

**DATED: August 27, 2019**      _____

                         Honorable Jerrold N. Poslusny, Jr.
                         United States Bankruptcy Court

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐  The debtor's motion is denied.

☒  The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 100 Easton Court, Williamstown NJ 08094

Description of Mortgage/Judgment Lien:

    a.  Original Mortgagee/Lienholder: Motor Vehicle Commission

    b.  Current Assignee: N/A

    c.  Current Servicer: N/A

    d.  Date of Mortgage/Lien: May 12, 2009

    e.  Date of Recordation: May 12, 2009

    f.  Place of Recordation: Clerk, Superior Court of New Jersey

       i.  ~~Mortgage Book~~: Docket No: IS 032784 9

       ii.  ~~Page~~: Judgment No: DJ-116645-09

    g.  Original Principal Balance of Mortgage/Lien: $ 1,100.00

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*