| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>The Law Offices of S. Daniel Hutchison<br>135 N. Broad Street<br>Woodbury, NJ 08096<br>Phone: 856-251-1235<br><br>S. Daniel Hutchison, Esq.<br>Attorney for Debtor(s) | **Order Filed on August 27, 2019**<br>**by Clerk U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>Michael Reckeweg | Case No: 14-21259<br>Chapter: 13<br>Hearing Date:<br>Judge: JNP |

**ORDER ON MOTION TO CANCEL AND DISCHARGE:**

☐ **MORTGAGE**    ☒ **LIEN**    ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: August 27, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 100 Easton Court, Williamstown NJ 08094

Description of Mortgage/Judgment Lien:

a. Original Mortgagee/Lienholder: Cheryl Green Esq.
b. Current Assignee: N/A
c. Current Servicer: N/A
d. Date of Mortgage/Lien: Mary 27, 2009
e. Date of Recordation: October 13, 2009
f. Place of Recordation: Clerk, Superior Court of New Jersey
   i. ~~Mortgage Book:~~ Docket No: DC-000097-09
   ii. ~~Page:~~ Judgment No: DJ-246101-09
g. Original Principal Balance of Mortgage/Lien: $ 260.00

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*