| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| The Law Offices of S. Daniel Hutchison<br>135 N. Broad Street<br>Woodbury, NJ 08096<br>Phone: 856-251-1235<br><br>S. Daniel Hutchison, Esq.<br>Attorney for Debtor(s) | Order Filed on August 27, 2019<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Michael Reckeweg | Case No: 14-21259<br>Chapter: 13<br>Hearing Date: _____<br>Judge: JNP |

## ORDER ON MOTION TO CANCEL AND DISCHARGE:

☐ **MORTGAGE**   ☒ **LIEN**   ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: August 27, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 100 Easton Court, Williamstown NJ 08094

Description of Mortgage/Judgment Lien:

   a. Original Mortgagee/Lienholder: Verizon
   b. Current Assignee: Palisades Collection LLC
   c. Current Servicer: N/A
   d. Date of Mortgage/Lien: January 17, 2008
   e. Date of Recordation: March 25, 2008
   f. Place of Recordation: Clerk, Superior Court of New Jersey
      i. ~~Mortgage Book~~ Docket No: DC-008872-07
      ii. ~~Page~~ Judgment No: DJ-067102-08
   g. Original Principal Balance of Mortgage/Lien: $ 1,367.22

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 14-21259-JNP
Michael Reckeweg                                                                Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Aug 28, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2019.
db             +Michael Reckeweg,    100 Easton Court,    Williamstown, NJ 08094-2105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2019 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    The Bank of New York Mellon, fka The Bank of New York
               as Successor in interest to JP Morgan Chase Bank NA as Trustee for BearStearns Asset Backed
               Securities Trust 2004-SD2, Asset-Backed Certificates, nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon, FKA The Bank of New York
               as Successor in interest to JP Morgan Chase Bank NA as Trustee for Bear Stearns Asset Backed
               Securities Trust 2004-SD2, Asset-Backed Certificates, dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Gary H. Lomanno, I    on behalf of Creditor    Monroe Township Tax Collector ghlomanno@comcast.net,
               theckstonlaw@verizon.net
              Heather Lynn Anderson    on behalf of Creditor    State Of New Jersey Dept Of Labor
               heather.anderson@law.dol.lps.state.nj.us
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Nicholas S. Herron    on behalf of Plaintiff Tyrone Y Fooks nicholas.s.herron@gmail.com,
               g17172@notify.cincompass.com,ajohn880@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon, FKA The Bank of New
               York as Successor in interest to JP Morgan Chase Bank NA as Trustee for Bear Stearns Asset
               Backed Securities Trust 2004-SD2, Asset-Backed Certificates, rsolarz@kmllawgroup.com
              S. Daniel Hutchison    on behalf of Debtor Michael   Reckeweg sdhteamlaw@outlook.com,
               backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com
              S. Daniel Hutchison    on behalf of Defendant Michael   Reckeweg sdhteamlaw@outlook.com,
               backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com
              Seymour  Wasserstrum    on behalf of Creditor Tyrone Y Fooks mylawyer7@aol.com,   ecf@seymourlaw.net
                                                                                               TOTAL: 12