UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

The Law Offices of S. Daniel Hutchison
135 N. Broad Street
Woodbury, NJ 08096
Phone: 856-251-1235
S. Daniel Hutchison, Esq.
Attorney for Debtor

In Re:

Michael Reckeweg

Order Filed on December 27, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 14-21259

Hearing Date: 

Judge: JNP

Chapter: 13

Recommended Local Form:  ☐ Followed    ☒ Modified

## ORDER REOPENING CASE

The relief set forth on the following page is **ORDERED**.

**DATED: December 27, 2023**

*Honorable Jerrold N. Poslusny, Jr.*
United States Bankruptcy Court

Upon the motion of _____S. Daniel Hutchison, attorney for the Debtor_____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ❑ A Trustee shall be appointed.

   ❑ A Trustee shall not be appointed.

3. ☒ An amendment to the schedule(s) noted in the underlying motion shall be filed within 14 days of the date of this order.  If the amendment is not filed, the case shall be reclosed without further order of the court.

4. The case shall be reviewed within _____ days for closing eligibility.  The case may be closed upon entry of the discharge.

5. A motion to avoid a judicial lien pursuant to 11 U.S.C. Section 522(f)(1) shall be filed with the Court within 30 days from the date of the entry of this Order.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*Rev. 5/1/2019*

2

United States Bankruptcy Court

District of New Jersey

In re: Case No. 14-21259-JNP

Michael Reckeweg   Chapter 13

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1   User: admin   Page 1 of 2
Date Rcvd: Dec 27, 2023   Form ID: pdf903   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | #+ Michael Reckeweg, 100 Easton Court, Williamstown, NJ 08094-2105 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2023   Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor The Bank of New York Mellon fka The Bank of New York as Successor in interest to JP Morgan Chase Bank NA as Trustee for BearStearns Asset Backed Securities Trust 2004-SD2, Asset-Backed Certificates, andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Successor in interest to JP Morgan Chase Bank NA as Trustee for Bear Stearns Asset Backed Securities Trust 2004-SD2, Asset-Backed Certificates, dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Heather Lynn Anderson | on behalf of Creditor State Of New Jersey Dept Of Labor heather.anderson@law.dol.lps.state.nj.us |
| Isabel C. Balboa | |

District/off: 0312-1     User: admin     Page 2 of 2
Date Rcvd: Dec 27, 2023     Form ID: pdf903     Total Noticed: 1

ecfmail@standingtrustee.com  summarymail@standingtrustee.com

**Isabel C. Balboa**
on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

**Isabel C. Balboa (NA)**
on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com

**John W Trimble, II**
on behalf of Creditor Monroe Township Tax Collector jtrimble@trimblelawyers.com  receptionist@trimbleandarmano.com

**Keith R. Trimble**
on behalf of Creditor Monroe Township Tax Collector Ktrimble@Trimble-Law.com  G23844@notify.cincompass.com

**Nicholas S. Herron**
on behalf of Plaintiff Tyrone Y Fooks nicholas.s.herron@gmail.com  g17172@notify.cincompass.com,ajohn880@gmail.com

**Rebecca Ann Solarz**
on behalf of Creditor The Bank of New York Mellon  FKA The Bank of New York as Successor in interest to JP Morgan Chase Bank NA as Trustee for Bear Stearns Asset Backed Securities Trust 2004-SD2, Asset-Backed Certificates, rsolarz@kmllawgroup.com

**S. Daniel Hutchison**
on behalf of Debtor Michael Reckeweg sdhteamlaw@outlook.com
backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com

**S. Daniel Hutchison**
on behalf of Defendant Michael Reckeweg sdhteamlaw@outlook.com
backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com

**Seymour Wasserstrum**
on behalf of Creditor Tyrone Y Fooks mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com

TOTAL: 13