| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Law Office of S. Daniel Hutchison<br>135 N. Broad Street<br>Woodbury, NJ 08096<br>Phone: 856-251-1235<br><br>S. Daniel Hutchison, Esq.<br>Attorney for Debtor/s | |
| In re:<br>　　　**Michael Reckeweg** | Case No.: **14-21259**<br><br>Chapter: **13**<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: **Gloria M. Burns** |

## CERTIFICATION OF SERVICE

1. I, **Stacy A. Garrett** :

    ☐ represent ___ in the this matter.

    ☑ am the secretary/paralegal for **S. Daniel Hutchison, Esq.** , who represents **the debtor** in the this matter.

    ☐ am the ___ in the this case and am representing myself.

2. On **01/10/24** , I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
    Amendment to Schedule D, Order Respecting Amendment to Schedule D, Chapter 13 Plan
    Notice of Commencement of Chapter 13, Notice of Confirmation Hearing

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  **January 10, 2024**　　　　　　　　　　　　　　　　**/s/Stacy A. Garrett**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Signature - Stacy A. Garrett, Paralegal

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Susan and Mary Rogers**<br>**865 N. Delsea Drive, Unit 329**<br>**Clayton, NJ 08312-1040** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Susan and Mary Rogers**<br>**c/o Scott H. Marcus, Esq.**<br>**Scott H. Marcus & Associates**<br>**121 Johnson Road**<br>**Blackwood, NJ 08012** | Attorney for Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Susan and Mary Rogers**<br>**c/o Scott H. Marcus, Esq.**<br>**Scott H. Marcus & Associates**<br>**4030 Ocean Heights Ave**<br>**Egg Harbor Township, NJ 08234** | Attorney for Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.